

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

September 25, 2023

2023-2367 - Backertop Licensing LLC v. Canary Connect, Inc.

# NOTICE OF NON-COMPLIANCE

The document (Amended Entry of Appearance) submitted by Backertop Licensing LLC and Lori LaPray is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The document uses a non-compliant signature format. An electronic signature must follow the format prescribed by Fed. Cir. R. 25(g)(1)-(2). Refer to the court's [Electronic Filing Procedures](#) ("Signature Format").
- The filing is not completely text-searchable. When refiling a corrected version of this document, please make the document text-searchable in its entirety. Fed. Cir. R. 25(a)(1)(A). Refer to the court's [Electronic Filing Procedures](#) ("Portable Document Format (PDF)").
- Please note that the date listed on the signature block is 11/22/2003.

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

/s/ Jarrett B. Perlow

Jarrett B. Perlow
Clerk of Court
By: J. Phillips, Deputy Clerk