NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BACKERTOP LICENSING LLC,**
*Plaintiff-Appellant*

**LORI LAPRAY,**
*Movant-Appellant*

v.

**CANARY CONNECT, INC.,**
*Defendant-Appellee*

---

2023-2367

---

Appeal from the United States District Court for the District of Delaware in No. 1:22-cv-00572-CFC, Chief Judge Colm F. Connolly.

-------------------------------------------------

**BACKERTOP LICENSING LLC,**
*Plaintiff-Appellant*

**LORI LAPRAY,**
*Movant-Appellant*

v.

**AUGUST HOME, INC.,**
*Defendant-Appellee*

---

2023-2368

---

Appeal from the United States District Court for the District of Delaware in No. 1:22-cv-00573-CFC, Chief Judge Colm F. Connolly.

---

## **O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

(1) The appeals are consolidated. Each of the briefs shall include the full captions of the appeals as reflected above.

(2) Appellants' opening brief is due no later than November 7, 2023.

FOR THE COURT

September 28, 2023
Date

Jarrett B. Perlow
Clerk of Court