NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BACKERTOP LICENSING LLC,**
*Plaintiff-Appellant*

**LORI LAPRAY,**
*Movant-Appellant*

v.

**CANARY CONNECT, INC.,**
*Defendant*

---

**BACKERTOP LICENSING LLC,**
*Plaintiff-Appellant*

**LORI LAPRAY,**
*Movant-Appellant*

v.

**AUGUST HOME, INC.,**
*Defendant*

---

2023-2367, 2023-2368, 2024-1016, 2024-1017

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:22-cv-00572-CFC and 1:22-cv-00573-CFC, Chief Judge Colm F. Connolly.

**ON MOTION**

Per Curiam.

**O R D E R**

Lori LaPray moves, pursuant to Rule 8 of the Federal Rules of Appellate Procedure, to stay the district court's civil contempt order pending appeal or, alternatively, to expedite these appeals.

Rule 8(a)(2) of the Federal Rules of Appellate Procedure authorizes this court to stay a district court order pending appeal. Our determination is governed by four factors: (1) whether the movant has made a strong showing of a likelihood of success on the merits; (2) whether the movant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. *See Nken v. Holder*, 556 U.S. 418, 434 (2009). Based on the papers submitted, and without prejudicing the ultimate disposition of this case by a merits panel, we deny the motion for a stay.

The defendants having failed to respond to this court's October 30, 2023, order, the court appoints amicus curiae counsel in support of the district court's action so that this court might have benefit of adversarial presentation of the issues. The court also will expedite these appeals so that they will be scheduled for the next available oral argument session after briefing completes.

Accordingly,

It Is Ordered That:

(1) The official caption is revised to reflect defendants' non-participation.

(2) David Maxwell of Hogan Lovells LLP is appointed as amicus curiae counsel in support of the district court's action on appeal.

(3) Mr. Maxwell is directed to file an entry of appearance within five (5) business days from the date of entry of this order.

(4) The brief amicus curiae is due no later than January 16, 2024. Ms. LaPray's reply brief is due no later than 21 days thereafter.

(5) Ms. LaPray's motion is granted only to the extent that these appeals will be scheduled for the next available oral argument session after briefing completes.

FOR THE COURT

December 6, 2023
Date

Jarrett B. Perlow
Clerk of Court