IN THE

# United States Court of Appeals for the Federal Circuit

**BACKERTOP LICENSING LLC,**
*Plaintiff-Appellant*

**LORI LAPRAY,**
*Movant-Appellant*

v.

**CANARY CONNECT, INC.,**
*Defendant*

**BACKERTOP LICENSING LLC,**
*Plaintiff-Appellant*

**LORI LAPRAY,**
*Movant-Appellant*

v.

**AUGUST HOME, INC.,**
*Defendant*

2023-2367, 2023-2368, 2024-1016, 2024-1017

Appeals from the United States District Court for the District of Delaware in Nos. 1:22-cv-00572-CFC and 1:22-cv-00573-CFC, Chief Judge Colm F. Connolly.

---

**AMICUS CURIAE IN SUPPORT OF THE DISTRICT COURT'S ACTION'S MOTION TO EXCEED BRIEF PAGE OR WORD LIMIT**

---

## **CERTIFICATE OF INTEREST**

Pursuant to Federal Circuit Rule 47.4(a), amicus curiae counsel certifies that:

(1) The full name of every entity represented in the case by the counsel filing the certificate: in support of the United States District Court for the District of Delaware.

(2) For each entity, the name of every real party in interest, if that entity is not the real party in interest: Not applicable.

(3) For each entity, that entity's parent corporation(s) and every publicly held corporation that owns ten percent (10%) or more of its stock: Not applicable.

(4) The names of all law firms, partners, and associates that have not entered an appearance in the appeal, and (A) appeared for the entity in the lower tribunal; or (B) are expected to appear for the entity in this court: Not applicable.

(5) An indication as to whether there are any related or prior cases, other than the originating case number(s), that meet the criteria under Federal Circuit Rule 47.5: Related appeals in this Court, Nos. 23-2368, 24-1016, and 24-1017, have all been consolidated with this appeal No. 23-2367.

(6) All information required by Federal Rule of Appellate Procedure 26.1(b) and (c) that identifies organizational victims in criminal cases and debtors and trustees in bankruptcy cases: Not applicable.

/s/ W. David Maxwell

W. David Maxwell
Hogan Lovells U.S. LLP
555 13th St. NW
Washington, D.C. 20004
202-637-3218
david.maxwell@hoganlovells.com

*Amicus curiae counsel in support of the district court's action*

December 22, 2023

## **MOTION**

Court-appointed amicus curiae counsel respectfully requests that the Court extend the brief length limit for his amicus brief in support of the district court's actions. Amicus curiae briefs usually may not exceed fifteen pages or seven thousand words. *See* Fed. R. App. P. 29(a)(5) (allowing half of the maximum length of a party's principal brief). Unlike the usual case, however, the Court appointed amicus curiae counsel here to defend the district court's actions in lieu of appellees, who are not participating in the appeal. *See* Appeal No. 23-2367, ECF 23 at 2. To help ensure that the Court receives "the benefit of adversarial presentation of the issues," *id.*, amicus curiae counsel requests an extension of his brief length up to maximum allowed for an appellee's principal brief (thirty pages or fourteen thousand words). *See* Fed. R. App. P. 32(a)(7)(A); Fed. Cir. R. 32(b)(1). Amicus curiae counsel conferred with Appellants' counsel and Appellants consent to this request.

December 22, 2023                                  Respectfully submitted,

/s/ W. David Maxwell

W. David Maxwell
Hogan Lovells U.S. LLP
555 13th St. NW
Washington, D.C. 20004
202-637-3218
david.maxwell@hoganlovells.com

*Amicus curiae counsel in support of the district court's action*

Case: 23-2367　Document: 32　Page: 5　Filed: 12/22/2023

# **CERTIFICATE OF COMPLINCE WITH TYPE-VOLUME LIMITATIONS**

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and the Federal Circuit Rules because it meets the following:

1. The filing has been prepared using a proportionally-spaced typeface and includes 162 words.

2. This brief has been prepared in 14-point Times New Roman font per Fed. R. App. P. 27(d)(E), 32(a)(5), and 32(a)(6). As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

/s/ W. David Maxwell

W. David Maxwell
Hogan Lovells U.S. LLP
555 13th St. NW
Washington, D.C. 20004
202-637-3218
david.maxwell@hoganlovells.com

*Amicus curiae counsel in support of the district court's action*