NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**BACKERTOP LICENSING LLC,**
*Plaintiff-Appellant*

**LORI LAPRAY,**
*Movant-Appellant*

v.

**CANARY CONNECT, INC.,**
*Defendant*

-------------------------------------------------

**BACKERTOP LICENSING LLC,**
*Plaintiff-Appellant*

**LORI LAPRAY,**
*Movant-Appellant*

v.

**AUGUST HOME, INC.,**
*Defendant*
_____

2023-2367, 2023-2368, 2024-1016, 2024-1017
_____

Appeals from the United States District Court for the District of Delaware in Nos. 1:22-cv-00572-CFC and 1:22-cv-00573-CFC, Chief Judge Colm F. Connolly.

**ON MOTION**

**O R D E R**

Upon consideration of amicus curiae's unopposed motion to file a brief with a length up to thirty pages or fourteen thousand words,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

December 28, 2023
Date

Jarrett B. Perlow
Clerk of Court